```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 02467
  JUDITH A HUSCH
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-6854


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/26/05 and confirmed on 03/31/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  17480.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG         .00           .00          .00
CITIMORTGAGE               MORTGAGE ARRE     5615.79           .00      5615.79
WELLS FARGO FINANCIAL IN   SECURED               .00           .00          .00
WELLS FARGO FINANCIAL IN   MORTGAGE ARRE      354.66           .00       354.66
WALTER E SMITHE FURNITUR   SECURED            150.00          4.82       150.00
WINDRIDGE OF NAPERVILLE    SECURED           3266.00           .00      3266.00
BECKET & LEE LLP           UNSECURED          455.07         30.43       455.07
CAPITAL ONE FINANCIAL      UNSECURED       NOT FILED           .00          .00
ECAST SETTLEMENT CORPORA   UNSECURED          483.93         32.26       483.93
HSBC                       UNSECURED       NOT FILED           .00          .00
ECAST SETTLEMENT CORPORA   UNSECURED          518.94         34.69       518.94
ROUNDUP FUNDING LLC        UNSECURED         3198.44        213.56      3198.44
CITICARDS PRIVATE LABEL    UNSECURED          171.09         11.74       171.09
         Summary of disbursements:
------------------------------------------------------------------------
                SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  9386.45       .00      4827.47         .00      14213.92
PRINCIPAL PAID      9386.45       .00      4827.47         .00      14213.92
INTEREST PAID          4.82       .00       322.68         .00        327.50
TOTAL PAID          9391.27       .00      5150.15         .00      14541.42
The Debtor's attorney, LEGAL HELPERS PC              , was allowed $  2700.00
and was paid $    700.00  direct and $   2000.00  through the plan.

The Trustee received $      687.42 .

Refunds to the Debtor totaled $     251.16 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/08/08                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE  2
     CASE NO. 05 B 02467 JUDITH A HUSCH
```